[Cheshire, December, 1885.]

## UNION SCHOOL-DISTRICT *v.* KEENE.

### SAME *v.* BATCHELDER & *a.*

The first case is an appeal from the laying out of a highway by the mayor and aldermen of Keene upon the plaintiffs' school-house lot. The second is a bill in equity praying that the mayor and aldermen be enjoined from taking down or removing the school-house. A temporary injunction was granted by a justice in vacation.

It appearing that the plaintiffs have no title to or interest in the school-house lot, except a right to the use of the same until the first day of July next,—IT WAS ORDERED, that the appeal be dismissed, that the injunction be continued until the first day of July, and that it be then dissolved and the bill dismissed.

*S. Hardy* and *Eddy* (of Vermont), for the plaintiffs.

*Lane & Dole, Hersey & Abbott,* and *Batchelder & Faulkner,* for the defendants.